UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Beligh Sraieb, ) | |
| Plaintiff, ) | Case No. 21-cv-04263 |
| ) | |
| v. ) | Honorable Matthew F. Kennelly |
| ) | |
| Metra Northeast Regional Commuter ) | |
| Railroad Corp., ) | |
| Defendant. ) | |

**JOINT INITIAL STATUS REPORT**

A. **Status of Service of Process Upon Defendant**

Defendant accepted Waiver of Service on October 5, 2021. Defendant has until December 6, 2021 to file an appearance.

B. **Description of Each Party's Claims and Defenses**

Plaintiff, an employee of Defendant, is an Arab of Tunisian descent and a Muslim. Plaintiff was hired by Defendant as a locomotive engineer on or about October 24, 2016, and operates Defendant's passenger trains. Plaintiff alleges Defendant unlawfully discriminated against him when it selected less qualified, non-Arab and non-Muslim individuals for promotions to which Plaintiff applied. Plaintiff alleges Defendant unlawfully discriminated against him when it subjected him to different terms and conditions of employment than other non-Arab, non-Muslim employees. Plaintiff further alleges that the harassment Plaintiff endured was based on his Muslim religion and Arab ancestry, and was so severe as to altered the conditions of employment and created a hostile work environment.

Plaintiff alleges that Defendant impermissibly retaliated against Plaintiff after Plaintiff filed an internal EEO complaint regarding the religious and ancestry discrimination that he

experienced. He was further retaliated against after filing a charge of religious and ancestry discrimination with the Illinois Department of Human Rights.

Plaintiff seeks Plaintiff seeks lost pay and benefits; compensatory damages; an injunction prohibiting Defendant from continuing its unlawful employment practices, attorneys' fees and costs; and such other relief as law and justice allow.

This case is brought for violations of Section 1981 and the Illinois Human Rights Act for race discrimination, hostile work environment, and retaliation.

Defendant has not filed its Answer, and has until November 29, 2021 to do so.

C. **Discussions Concerning Settlement**

No discussions concerning settlement have been made thus far; Plaintiff is not opposed to such discussions.

D. **Proposed Discovery and Pretrial Schedule**

A proposed discovery and pretrial schedule will be offered to the court upon Defendant's filing of appearance.


Respectfully submitted,

Dated: October 5, 2021


/s/ *Janaan Hashim*
Janaan Hashim

Janaan Hashim, Esq.
Amal Law Group, LLC
161 N. Clark Street, Suite 1600
Chicago, IL 60601
312-882-4122
jhashim@amallaw.com

Christina Abraham, Esq.
Abraham Law and Consulting, LLC
161 N. Clark Street, Suite 1600
Chicago, IL 60601
(312) 588-7150
Christina.w.abraham@gmail.com

*Counsels for plaintiff*

Respectfully submitted,

AMAL LAW GROUP, LLC

BY:    */s/ Janaan Hashim*
       Janaan Hashim
       One of Plaintiff's Attorneys

AMAL LAW GROUP, LLC
Janaan Hashim
161 N. Clark St., Ste. 1600
Chicago, IL 60601
312-882-4122
ARDC #6288221

## CERTIFICATE OF SERVICE

I, Janaan Hashim, an attorney, hereby certify that I have caused to be served a true and correct copy of the accompanying **Insert Name of Document** upon the following party by electronically filing these documents with the Court's CM/ECF system, on this XX day of XXXXX, 2021.

   */s/ Janaan Hashim*
   Janaan Hashim

Service List:

THOMAS W. CUSHING
Donohue Brown Mathewson & Smyth LLC
Thomas W Cushing
South Dearborn Street, Suite 800
Chicago, IL 60603
(312) 422-0900
service@dbmslaw.com
cushing@dbmslaw.com

ADD OTHER NAMES
Donohue Brown Mathewson & Smyth LLC
Thomas W Cushing
South Dearborn Street, Suite 800
Chicago, IL 60603
(312) 422-0900
service@dbmslaw.com
cushing@dbmslaw.com