# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Beligh Sraieb,

Plaintiff(s),

v.

Metra Northeast Regional Commuter Railroad Corp., Victor Flores, Adam Farence, and Patricia Emanuel ,

Defendant(s).

Case No. 21 C 4263
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Metra Northeast Regional Commuter Railroad Corp., Victor Flores, Adam Farence, and Patricia Emanuel
and against plaintiff(s) Beligh Sraieb
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion

Date: 6/7/2023                                         Thomas G. Bruton, Clerk of Court

Melissa Astell , Deputy Clerk